UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JUUL LABS, INC. | : | Civil No.   2:18-cv-10281 |
|  | : | Clerk's Certificate of Cash Deposit |
| vs. | : |  |
|  | : |  |
| HUGETRUCK.COM, et al. | : |  |

I hereby certify that on June 13, 2018    , $ 10,000.00 was deposited in the Registry of the Court.

William T. Walsh, Clerk

Date:                              By:

Shea Smith
Deputy Clerk