**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JUUL LABS, INC.,

               Plaintiff,

      v.

HUGETRUNK.COM LOVEANDTRUST,
COMMUNITY DISCOUNT STORE INC.,
SIAM DISCOUNT STORE LLC,
FARHAN ABUSIAM,
NAJEH SIAM, HAMZA SIYAM,
SAMUEL SIAM, and
JOHN DOES 1 – 50,

               Defendants.

Civil Action No. 18-10281 (ES) (SCM)

**NOTICE OF DISMISSAL OF DEFENDANT**
**HAMZA SIYAM WITHOUT PREJUDICE**

***Document Electronically Filed***

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Juul Labs, Inc. ("JLI") hereby dismisses its Complaint and this action against Defendant Hazma Siyam without prejudice, with each party to bear its own costs and expenses as against each other, except that the Consent Permanent Injunction ("CPI") (ECF No. 57) entered in this matter shall continue to remain in full force and effect in accordance to the terms therein and this dismissal shall not negate, amend or otherwise affect any of those terms and/or Order of the Court incorporated in the CPI.

Dated:  May 14, 2019               Respectfully submitted,

                             **SAIBER LLC**
                             Attorneys for Plaintiff
                             Juul Labs, Inc.

                             By: s/ Jakob B. Halpern
                             Arnold B. Calmann (abc@saiber.com)
                             Jakob B. Halpern (jbh@saiber.com)
                             One Gateway Center, Suite 1000
                             Newark, New Jersey 07102
                             Tel.: 973.622.3333
                             Fax: 973.286.2465

Dennies Varughese, Pharm.D.
(dvarughese@sternekessler.com)
Robert G. Sterne
(rsterne@sternekessler.com)
Monica Riva Talley
(mtalley@sternekessler.com)
Joshua I. Miller (jmiller@sternekessler.com)
Charles T. Wysocki
(cwysocki@sternekessler.com)
STERNE KESSLER GOLDSTEIN & FOX,
PLLC
1100 New York Ave., NW, Suite 600
Washington, D.C. 20005
Tel.: 202.371.2600
Fax: 202.371.2540